In the Matter of the Claim of ANGELO MALASPINA, Appellant. EDWARD CORSI, as Industrial Commissioner, Respondent.

Submitted May 23, 1955; decided June 2, 1955.

*J. Howard Rossbach* for motion.

No one opposed.

Motion granted.